United States District Court
Southern District of Texas
**ENTERED**
August 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA TOBER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:15-CV-00331 |
| § | |
| 361 APARTMENT LOCATORS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER VACATING ORDER AND JUDGMENT

On July 27, 2016, United States Magistrate Judge Jason B. Libby entered his "Order Granting Plaintiff's Unopposed Motion to Dismiss" (D.E. 26) and "Final Judgment" (D.E. 27). The Order of Reference (D.E. 9) pursuant to which the Magistrate Judge acted did not confer jurisdiction to enter dispositive orders. For that reason, the Order (D.E. 26) and Judgment (D.E. 27) are hereby VACATED.

Upon independent consideration, the Court GRANTS the Plaintiff's Unopposed Motion to Dismiss (D.E. 25) and DISMISSES this action with prejudice. Costs are taxed against the party incurring same.

ORDERED this 8th day of August, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE